

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of unlawfully possessing intoxicating liquor in a dry area for the purpose of sale; the punishment, 10 days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Embezzlement of property of the value of $40 is the offense; the punishment, ten days in jail.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

**James Felton GRANT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28697.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

**Seferino V. TREVINO, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28702.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.